JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jamie Moore, et al., | ) | SACV 17-01024 JVS (JCGx) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) ) | |
| City of Orange, et al, | ) ) | |
| Defendant(s). | ) ) ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: August 17, 2018

_____
James V. Selna
United States District Judge